FEDERAL COURT OF MAINE  **SCANNED**  ①

ALLA IOSIFOVNA SHUPER  PRO SE

V.

STAPLES CORPORATION (MANAGERS WHO WORKED AT THE STORE ~~WHERE~~ AT THE PERIOD WHEN I GOT TRESSPASS NOTICE — SPRING 2012 OR SO), AND "SUPERVISOR OF COPY CENTER" ("JEAN")

COMPLAINT IN REGARDS TO HUMILIATION / DISCRIMINATION PERFORMED BY THE "SUPERVISOR OF COPY CENTER" NAMED "JEAN" WHO STARTED DISCRIMINATING ME WHILE I HAD BEEN THE CLIENT (BEFORE I GOT "TRASSPASS NOTICE") AND AGAINST OLD MANAGEMENT.

## CLAIMS.

1. THE "SUPERVISOR" "JEAN" WAS NOT POLITE to me (I mean she asked me to staple pile of the documents printed by her from my flash drive) - she wanted her to serve other clients instead of finishing ~~her~~ job.

2. She, when I called her to help me with computer (to send documents to Boston by UPS) she said "Do this yourself please" or something like this.

3. Then I asked her again to help me and she started "doing something" on the computer and was not able to do anything. "Her price" to Boston was around $40.

4. I called the Manger. When he came, the price was around 10 dollars ...

5. Next time I came, I went right away to see the manger" (as the "General manger" said). The other manager gave my flash drive to some employee and ask him to print files I asked.

6. The same "supervisor" seeing what that employee "doing", came to the computer found my flash drive from the USB-spot", what is completely inappropriate.

7. The third time she performed misconduct by almost taking from the hands of the new "supervisor/manager" my book which he "stapled" ...

8. Another "old manger" called the police when I asked him the policies and was surprised that the names they call each other "manger" changed by moving from one to another employee ...

### Relive

Humiliation / discrimination / retaliation is always by violation of laws. In this case: ADA, MHRA, the Constitution of the US. I asked $100,000. for the damage of my health.

I am in the ER of MidCoast.

Respectfully,
Alle Lafare Shyper
190 US Route 1,
PMB 248
Falmouth, ME 04105

<u>Certificate of Service</u>                    (4)

I, Alle Josfore Shyper, The Plaintiff Pro SE, will mail this document to the Staples Corporation;

Staples
Falmouth
ME 04105

Respectfully,
Alle Josfore Shyper

190 US ROUTE 1,
PMB 248
FALMOUTH, ME 04105